IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00235-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MI SOON HWANG,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

On August 26, 2014, the United States and defendant Mi Soon Hwang entered into a Plea Agreement and Stipulation of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Mi Soon Hwang's interest in the following is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, and

Rule 32.2(b) of the Federal Rules of Criminal Procedure:

    a.    $4,799.36 seized from Wells Fargo account # 7606828429 in the name of Mi Soon Hwang;

    b.    $2,159.63 seized from Wells Fargo Bank account # 7606832090 in the name of Mi Soon Hwang;

    c.    $584.80 seized from Bank of America account # 28006-68508 in the name of Mi Soon Hwang;

    d.    $4,200.00 in United States currency seized from the residence of Mi Soon Hwang; and

    e.    $1,859.00 in United States currency seized from CN Massage;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via an official government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests

will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this 31st day of October, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge