IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   14-cr-00235-RBJ | Date:  November 13, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:   Kyung Menkick | Probation:  Patrick Lynch |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Tim R. Neff |
| v. | |
| 1.  MI SOON HWANG<br>**Defendant(s)** | J.Y. Kang |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    1:32 p.m.

1:45 p.m.    AUSA Jeremy Sibert present, states that Mr. Neff is with Judge Blackburn and will be present shortly.

1:53 p.m.    Appearances of counsel.

Interpreter sworn.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [18] Motion for Variance (Non-Guideline Sentence) is DENIED as MOOT.

[19] Government's Motion for Sentencing Reduction for Defendant Mi Soon Hwang Pursuant to U.S.S.G. § 5K1.1 is GRANTED.

**ORDERED:** Defendant is sentenced to **Probation** for a term of **36 months** as to Count One of the Indictment, no fine is imposed.

**ORDERED:** **Conditions** of Supervision that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. The Court waives the mandatory drug testing provision of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Any employment for the defendant shall be approved in advance by the supervising probation officer and shall not include owning, operating, otherwise controlling or working at a spa, massage parlor, or similar type of business.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Forfeiture Order is incorporated into this sentence.

**Court in recess:** 2:17 p.m.          Hearing concluded.          Total time:     00:45