IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00235-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MI SOON HWANG,

       Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, as set forth in the Information filed June 10, 2014;

THAT a Preliminary Order of Forfeiture was entered on November 5, 2014;

THAT publication has been effected as required by Federal Rule of Criminal Procedure 32.2(b)(6)(C);

THAT, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property:

      a.    $4,799.36 seized from Wells Fargo account # 7606828429 in the name of Mi Soon Hwang;

      b.    $2,159.63 seized from Wells Fargo Bank account # 7606832090 in the name of Mi Soon Hwang;

      c.    $584.80 seized from Bank of America account # 28006-68508 in the name of Mi Soon Hwang;

      d.    $4,200.00 in United States currency seized from the residence of Mi Soon Hwang; and

      e.    $1,859.00 in United States currency seized from CN Massage

shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 26th day of January, 2015.

BY THE COURT:

_____
R. BROOKEJACKSON
United States District Court Judge